1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD JOHNSON,

            Plaintiff,

    v.

ADNAN MAGNA, et al.,

            Defendants.

Case No. 5:16-cv-04322-HRL

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

This action was filed on August 1, 2016. There is no indication on the docket that the defendants have been served, and the deadline for service has passed. Additionally, deadlines set in the court's Scheduling Order for Cases Asserting Denial of Right of Access under Americans With Disabilities Act Title II & III (42 U.S.C. §§ 12131-89) (Dkt. 3) have lapsed. On January 4, 2017, the court issued an order directing plaintiff to file a status report by January 13, 2017. No report has been filed.

Accordingly, no later than **January 31, 2017** plaintiff shall file a response to this order showing cause why this case should not be dismissed for failure to prosecute and failure to comply

with court orders.

SO ORDERED.

Dated:   January 19, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

United States District Court
Northern District of California

5:16-cv-04322-HRL Notice has been electronically mailed to:

James Albert Sarrail     jsarrail@slhlawfirm.com

Monica Castillo     mcastillo@sch-lawfirm.net, abeggs@sch-lawfirm.net

United States District Court
Northern District of California